**UNITED STATES COURT OF INTERNATIONAL TRADE**                **FORM 8A**

Regalo International, LLC;
Carlson Pet Products, Inc.

                                         Plaintiffs,

             v.

 United States of America et al.

                                         Defendants.

Court No.  20-01084

## STIPULATION OF DISMISSAL

        **PLEASE TAKE NOTICE** that plaintiffs, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action and those actions listed on the attached schedule hereby dismiss this action and those listed on the attached schedule.

Dated: December 20, 2023

Meghann C. T. Supino
_____
Attorney for Plaintiff

One American Square, Suite 2900
_____
Street Address

Indianapolis, IN 46282-0200
_____
City, State and Zip Code

(317) 236-2107
_____
Telephone No.

Elizabeth A. Speck, DOJ Trial Attorney
_____
Attorney for Defendant

U.S. Dept. of Justice (CIV) Commercial Litigation Branch,
P.O. Box 480, Ben Franklin Station
_____
Street Address

Washington, D.C., 20044
_____
City, State and Zip Code

(202) 307-0369
_____
Telephone No.

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant
Attorney General

PATRICIA M. MCCARTHY
Director

/s/ L. Misha Preheim
L. MISHA PREHEIM
Assistant Director

/s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge,
International Trade Field Office

/s/ Elizabeth A. Speck
ELIZABETH A. SPECK
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044
Tel: 202-307-0369
Fax: 202-353-0461

SOSUN BAE
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, D.C. 20044

*Attorneys for Defendants*
*-Appellees*

Schedule to Stipulation of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
|  |  |

Order of Dismissal

This action and those listed on the schedule set forth above, having been voluntarily stipulated for dismissal by all parties having appeared in the action, are dismissed.

Dated: _____

Clerk, U. S. Court of International Trade

By: _____
            Deputy Clerk

(As added Dec. 18, 2001, eff. A pr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)